USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORETTA JEAN BERNARDI, *individually and on behalf of all others similarly situated, et al.*,

        Plaintiffs,

-v-

NATIONAL DEBT RELIEF, LLC,

        Defendant.

---

1:25-cv-6334-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during the telephone conference held on October 22, 2025, Defendant's motion to dismiss is due by November 10, 2025; Plaintiffs' opposition is due four weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due two weeks after the date of service of Plaintiffs' opposition.

SO ORDERED.

Dated: October 22, 2025
New York, New York

                                                    GREGORY H. WOODS
                                                   United States District Judge