UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LORETTA JEAN BERNARDI** and **SOLOMON HUEBNER-MENDOZA**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL DEBT RELIEF, LLC**,<br><br>Defendant. | Case No. 1:25-cv-06334-GHW-HJR |

**DEFENDANT NATIONAL DEBT RELIEF, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated November 10, 2025, and any accompanying exhibits, all prior pleadings and proceedings hereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by this Court, Defendant National Debt Relief, LLC hereby respectfully moves this Court, before the Honorable Gregory H. Woods, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2260, New York, NY 10007, for an order dismissing the Plaintiffs' First Amended Complaint in this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court may deem just and appropriate.

**PLEASE ALSO TAKE NOTICE** that pursuant to the Court's Order dated October 22, 2025 (Dkt. 17), Plaintiffs' opposition brief is due four weeks after the date of service of Defendant's motion, and Defendant's reply is due two weeks after the date of service of Plaintiffs' opposition.

**PLEASE TAKE FURTHER NOTICE** that, to the extent the Court would find it helpful, Defendant requests an oral argument.

DATED: November 10, 2025

Respectfully submitted,

**BALLARD SPAHR LLP**

BY: */s/ J. Matt Thornton*
Gregory P. Szewczyk (SBN 4795464)
J. Matthew Thornton (*pro hac vice*)
Alexia C. Chapman (*pro hac vice*)

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2025, I directed a true and correct copy of the foregoing to be served via the electronic filing system upon the following counsel of record:

Samuel R Jackson
Carney Bates & Pulliam, PLLC
One Allied Drive
Ste 1400
Little Rock, AR 72202
501-312-8500
Fax: 501-312-8505
Email: sjackson@cbplaw.com

BY: */s/ Stephanie Agabo*
Stephanie Agabo
*On behalf of Defendant, National Debt Relief, LLC*