UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LORETTA JEAN BERNARDI** and **SOLOMON HUEBNER-MENDOZA**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL DEBT RELIEF, LLC**,<br><br>Defendant. | Case No. 1:25-cv-06334-GHW-HJR |

**DECLARATION OF ALEXIA CHAPMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Alexia Chapman, declare as follows:

1. I am an attorney of record for Defendant National Debt Relief, LLC ("NDR") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. This declaration is submitted in support of NDR's Motion to Dismiss Plaintiffs' First Amended Complaint.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Superior Court of California, County of Los Angeles's order sustaining dismissal of the plaintiff's first amended complaint, with prejudice, in the case captioned *Licea v. Finish Line, Inc. d/b/a Finishline.com, et al.*, No. 23STCV22390 (Cal. Super. Jul. 10, 2024) (Beaudet, J.).

4. Exhibit A is an official record of the Superior Court of the State of California for the County of Los Angeles, and while not binding, provides persuasive authority due to the similarity of claims and facts presented in *Licea v. Finish Line* and the above-captioned matter.

5. I obtained a copy of Exhibit A by searching the case name "*Licea v. Finish Line*" in the Westlaw Precision platform and selecting the court's July 10, 2024 order in the resulting case docket.

6. I also confirmed that a copy of the order attached as Exhibit A can be obtained by performing the same steps in the Lexis Nexis CourtLink platform.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 10, 2025

Respectfully submitted,

BY: */s/ Alexia Chapman*
Alexia C. Chapman