USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

LORETTA JEAN BERNARDI, *individually and on behalf of all others similarly situated, et al.*,

Plaintiffs,

-v-

NATIONAL DEBT RELIEF, LLC,

Defendant.

---------------------------------------------------------------- X

1:25-cv-6334-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 30, 2026, Defendant filed objections to Magistrate Judge Ricardo's Report and Recommendation. Dkt. No. 27. Plaintiffs' opposition is due no later than August 10, 2026.

SO ORDERED.

Dated: July 31, 2026
New York, New York

______________________________
GREGORY H. WOODS
United States District Judge